**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| OMAR MEDINA ALEJANDRO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 22-550 (UNA) |
| | ) | |
| FBI, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>MEMORANDUM OPINION</u>**

Plaintiff, appearing *pro se*, has filed a form Complaint for a Civil Case, ECF No. 1, and an application to proceed *in forma pauperis*, ECF No. 2.  The Court will grant the application and dismiss the case.

Plaintiff is a resident of San Pedro, California, who has sued the FBI.  He wants, among other relief, "5 Million dollars . . . per every movie" he "watch[es] that has the FBI logo[.]"  Compl. at 4.  Plaintiff alleges, among other things, that he is "injured by the FBI's propaganda," apparently via the logo, and that the "FBI protects the intellectual rights of persons in the movie industry, but fails to protect my intellectual property rights by . . . failing to protect my privacy at home."  *Id*. Plaintiff "believed, and [is] dismayed that the FBI's propaganda at the beginning of a movie is farce."  *Id*.

"[F]ederal courts are without power to entertain claims otherwise within their jurisdiction if," as here, "they are so attenuated and unsubstantial as to be absolutely devoid of merit, wholly insubstantial, [or] obviously frivolous[.]"  *Hagans v. Lavine*, 415 U.S. 528, 536–37 (1974)

(internal quotation marks and citations omitted).  Consequently, this action will be dismissed.  A separate order accompanies this Memorandum Opinion.

_____/s/_____
AMIT P. MEHTA
United States District Judge

Date:  March 29, 2022